Cause No. 2014-CR-8319

04-15-278-CR

| THE STATE OF TEXAS | IN THE DISTRICT COURT |
| VS. | 187th JUDICIAL DISTRICT |
| SIDNEY DENBINA | BEXAR COUNTY, TEXAS |

## MOTION FOR NEW TRIAL and

## MOTION IN ARREST OF JUDGMENT

TO THE HONORABLE JUDGE OF SAID COURT:

Comes Now SIDNEY DENBINA, the Defendant in the above styled and numbered cause, and files this Motion for New Trial and Motion in Arrest of Judgment Pursuant to Rules 21 and 22 of the Texas Rules of Appellate Procedure, and in support thereof would show this Court the following:

1. THE Defendant was sentenced on the 4TH day of MAY, 2015. This motion, filed within the thirty-day timetable, is therefore timely. A hearing must be commenced before the 75th day after the sentence, which is the 18TH day of JULY, 2015, or this motion is overruled by operation of law.

2. In relation to the information and the evidence, the verdict was substantively defective. Furthermore, ineffective defense counsel conduct constituted ethical misconduct. The defense counsel committed fraud by achieving monetary gain in this trial. Above all, the defendant's right to fair trial was so compromised all parties were negatively affected.

3. The court allowed prosecutorial conduct to misdirect the jury by allowing the prosecutor to directly contradict the defendant's testimony. The prosecutor made unallowable statements throughout the trial, as if providing testimony. Said testimony was knowingly false and misleading, and was used unrefuted by expert witness testimony or defense counsel objection. Furthermore, irrelevant property discovered during search was allowed by the court to defame the defendant. After achieving a guilty verdict, the court celebrated by administering excessive punishment, in total disregard of verdict reversal, mistrial, or pre-sentencing investigation report.

4. Evidence and witness testimony tending to establish the defendant's innocence was intentionally withheld, thus preventing its production at trial. Specifically, material and expert witness testimony was withheld. Such testimony would clarify medical imagery, crime scene photographs, and medical reports regarding both complainant and defendant. Furthermore, all medical reports and imagery establishing the defendant's innocence were intentionally withheld.

WHEREFORE, PREMISES CONSIDERED, Defendant prays the Court set aside the verdict and Judgment of conviction previously rendered against Defendant at a former day of this term and that Defendant be granted a new trial and Arrest of Judgment of this cause.

Respectfully submitted,

_____
Defendant

_____
Attorney for Defendant

## CERTIFICATE OF SERVICE

I, hereby certify that on this the 22nd day of MAY, 2015, a true and correct copy of the above and foregoing Motion for New Trial and Motion in Arrest of Judgment was Transmitted to Office of the Bexar County District Attorney, Criminal Justice Center, 101 W. Nueva, San Antonio, Texas 78205.

_____
Defendant

## ORDER

On this the ____ day of _____, ____, came on to be heard Defendant's Motion for New Trial and Motion in Arrest of Judgment and said motion is hereby

〈 〉 GRANTED        〈 〉 DENIED

Signed this ____ day of _____, ____.

_____
JUDGE PRESIDING

UNSWORN DECLARATION BY INMATE

I, SIDNEY DENBINA , SID 1029872
Being presently incarcerated in the Bexar County Adult
Retention Center, San Antonio, Texas declare under Penalty of
Perjury that the foregoing instrument is true and correct.

Signed on this the 22nd day of MAY , 2015 .

_____
Defendant

SIDNEY R. DEMBINA
STD 1029892
BEXAR COUNTY ADULT DETENTION CENTER
200 N. COMAL
SAN ANTONIO, TX 78207

SAN ANTONIO TX 780
RIO GRANDE DISTRICT
27 MAY 2015 PM 2 3

2015 MAY 29 AM 11: 36

78205303799

Fourth Court of Appeals
Cadena-Reeves Justice Center
300 Dolorosa, Ste 3200
San Antonio, TX 78205